IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

STEPHANIE GASCA, *et al.*,

    Plaintiffs,

v.

ANNE PRECYTHE, *et al.*,

    Defendants.

Case No. 2:17−cv−04149−SRB

## DEFENDANTS' RESPONSE TO MOTION (DE 129.) AND REQUEST

Defendants respond to Plaintiffs' Motion for Summary Judgment by stating they have no objection to the granting of Plaintiffs' Motion for Summary Judgment because the policies that existed at the time Plaintiffs filed their Amended Class Action complaint did not satisfy the requirements of *Gagnon v. Scarpelli*, 411 U.S. 778 (1973), and *Morrissey v. Brewer*, 408 U.S. 471 (1972). As stated and described in a previous pleading, (DE 116.), Defendants independently undertook substantial corrective measures to remedy these shortcomings. In addition, Defendants request that the Court delay entry of an order for 30 days, and in support state the following:

1. Defendants have disclosed the pending corrective measures to Plaintiffs' counsel;

2. The parties participated in Mediation on January 14, 2019;

3. The parties made meaningful progress at the above Mediation;

4. The delayed entry would allow the parties to progress in their settlement

discussions; and

5. Plaintiffs do not object to this delay.

WHEREFORE, Defendants request the Court delay entry of an order in this matter for 30 days to and including February 27, 2019.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

by  */s/ C. Douglas Shull*

C. Douglas Shull, #49893
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8108 – Telephone
(573) 751-9456 – Facsimile
doug.shull@ago.mo.gov - Email

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on Monday, January 28, 2019.

*/s/ CDS*
C. Douglas Shull, #49893