STATE OF MISSOURI      )
                       )  ss
COUNTY OF OSAGE        )

## AFFIDAVIT OF CUSTODIAN PURSUANT TO SECTION 490.692 RSM0

Before me, the undersigned authority, personally appeared Dedie Troesser, who stated as follows:

My name is Dedie Troesser. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of the Missouri Division of Probation and Parole. Attached hereto are **2 page** of records from the Missouri Division of Probation and Parole pertaining to **Counsel Eligibility Screening Instrument – Parole and Interstate Cases**. These records are kept in the regular course of business, and it was in the regular course of business for an employee or representative with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the act, event, condition, opinion, or diagnosis. The records attached hereto are exact duplicates of the original.

_____
Dedie Troesser

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 24th day of October, 2019.

_____
Notary Public

Commission expires: 12-5-2020

```
DEBORAH L. VANCE
Notary Public - Notary Seal
STATE OF MISSOURI
County of Callaway
My Commission Expires 12/5/2020
Commission # 12624108
```



Division of Probation and Parole
**COUNSEL ELIGIBILITY SCREENING INSTRUMENT – PAROLE AND INTERSTATE CASES**

| Client Name: | DOC ID # | Date of Screening |
|---|---|---|
| PPO Conducting Screening: | | Location of Screening |

**Screening Questions to be asked**

1) Are you contesting any of the alleged violations?  ☐ Yes  ☐ No

2) Do you have any problems understanding the English Language?  ☐ Yes  ☐ No
   a) If client answers yes, explain:

3) What is your highest level of education completed:
   ☐ Elementary   ☐ Junior High/Middle School   ☐ High School/HSE   ☐ College

4) Do you have any history of mental illness or are you now suffering from any mental illness?
   ☐ Yes  ☐ No
   If yes, explain:

5) Have you consumed any alcohol, drugs, or any medication within the last 48 hours?  ☐ Yes  ☐ No
   a) If yes, list all substances client consumed:

6) Does client appear to be oriented to time, place, and nature of interview?  ☐ Yes  ☐ No
   List any observations:

7) Are the issues to be adjudicated during the revocation complex and are there substantial mitigating circumstances?

   a) Could the alleged violations have been avoided?

   b) What circumstances caused the alleged violation?

   c) Is there a reason the violation will not happen again?

   d) Summarize mitigating factors for each violation, what evidence makes the violations less believable or less severe?

   e) If the issues to be adjudicated at the revocation hearing are complex and there are substantial mitigating circumstances, have the client complete a public defender application.

| |
|---|
| 8) Based on the client's understanding of the English Language, education, presence or absence of mental illness, and consumption or lack thereof of alcohol, drugs, or medication, and your physical observations, is the client incompetent to proceed?   ☐ Yes   ☐ No<br><br>    a) If your answer is "Yes", have the client complete a public defender application.<br><br>    b) If your answer is "No", list the reasons: |
| If the Public Defender application was faxed to the Public Defender's Office, what date: |

July 3, 2019