STATE OF MISSOURI )
) ss
COUNTY OF OSAGE )

### AFFIDAVIT OF CUSTODIAN PURSUANT TO SECTION 490.692 RSM0

Before me, the undersigned authority, personally appeared Dedie Troesser, who stated as follows

My name is Dedie Troesser I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a Custodian of Records of the Missouri Division of Probation and Parole Attached hereto are **1 page** of records from the Missouri Division of Probation and Parole pertaining to **Request for or Waiver of Preliminary Hearing**. These records are kept in the regular course of business, and it was in the regular course of business for an employee or representative with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record, and the record was made at or near the time of the act, event, condition, opinion, or diagnosis The records attached hereto are exact duplicates of the original.

_Dedie Troesser_

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this 24th day of October, 2019.

_Deborah L. Vance_
Notary Public

Commission expires: 12-5-2020

```
DEBORAH L. VANCE
Notary Public - Notary Seal
STATE OF MISSOURI
County of Callaway
My Commission Expires 12/5/2020
Commission # 12624108
```

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
DIVISION OF PROBATION AND PAROLE
**REQUEST FOR OR WAIVER OF PRELIMINARY HEARING**

| CLIENT NAME | DOC NUMBER | DATE |
|---|---|---|
|  |  |  |

### NOTICE OF RIGHT TO COUNSEL AT A PRELIMINARY HEARING

You have a right to a preliminary hearing. You may be represented at your hearing by counsel of your choice, selected and paid for by you. You will receive written notice of the hearing and it is up to you to ensure your counsel has the information and is able to appear and represent you.

If you are on Probation for a Missouri case and cannot afford counsel, you may tell the judge you would like counsel and the court will determine your eligibility.

If you are on Missouri Parole, Conditional release or an Interstate Probation or Parole case, and cannot afford counsel, you may tell your Probation and Parole Officer that you would like counsel and they will screen you for eligibility. If your request for counsel is denied, you will receive a written explanation for the denial.

You may also decide to waive your right to counsel.

I will provide my own counsel _____ client's initials,

Request I be screened for eligibility to have counsel represent me at the preliminary hearing _____ client's initials, OR

Request to waive right to counsel _____ client's initials

### CLIENT'S REQUEST/WAIVER OF PRELIMINARY HEARING:

Having been fully informed and having full knowledge of these rights in the aforementioned section, I do hereby,

☐ **WAIVE** a preliminary hearing _____ Client's Initials

☐ **REQUEST** a preliminary hearing _____ Client's Initials

**INTERSTATE CASES:** Clients must sign a written admission in order to waive their hearing.

**INTERSTATE CLIENT STATEMENT:**

I,_____ admit to violating all or some of the below listed conditions of my supervision by:

### VIOLATION(S)
The charges brought against you consist of the following violation(s) of the conditions of your probation, parole or conditional release:

| CLIENT SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
|---|---|---|---|
|  |  |  |  |

### NOTICE OF PRELIMINARY HEARING

| THIS IS TO INFORM YOU, THAT AT YOUR REQUEST, A HEARING WILL BE HELD | DATE |
|---|---|
|  |  |

| TIME | LOCATION |
|---|---|
|  |  |

| CLIENT SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
|---|---|---|---|
|  |  |  |  |

CLIENT PRIVATE COUNSEL OR APPOINTED COUNSEL (IF ELIGIBLE):

HEARING OFFICER:

The Parole Board will reach a decision within a reasonable amount of time. The client will receive a written notice of the Board's action as soon as the notice can be prepared and delivered.

07-03-2019