| | |
|---|---|
| **From:** | Arias, Don <Don.Arias@doc.mo.gov> |
| **Sent:** | Friday, April 5, 2019 11:54 AM |
| **To:** | Schulze, Lisa |
| **Cc:** | Schwent, Todd |
| **Subject:** | FW: Parolee Preliminary Hearings |

Lisa, please see the information below that we received from the PD's Office in Jefferson County. They also indicated that they would not be providing counsel to parolees and that their Director had sent a written correspondence of their position to Director Precythe.

Thank you, Don

**From:** Gina.Savoie@mspd.mo.gov <Gina.Savoie@mspd.mo.gov>
**Sent:** Friday, April 05, 2019 11:16 AM
**To:** DeClue, Tracie <Tracie.DeClue@doc.mo.gov>
**Subject:** Parolee Preliminary Hearings

Hi Tracie,

Per our conversation this morning, I am following up in writing to let you and your department know that the public defender's office will not be representing parolees charged with a parole violation at the preliminary hearing stage or anytime thereafter. We will not process the applications if you send them to us.
Director Michael Barrett has addressed a letter to Ms. Precythe, informing her of our statewide position on this issue.

MSPD is only authorized to provide defense to those categories of cases specifically defined by statute, which can be found in RSMo Chapter 600. In 2012, language requiring MSPD to "provide legal services to an eligible person detained or charged with a violation of parole" was *deleted* from the statutes. Therefore, there is no authority or obligation for us to represent these individuals, and due to our current overwhelming case loads and lack of funding, we are unable to do so anyway.

Thanks,

**Gina Savoie**
District Defender/Area 023/MSPD
116 Main St.
Hillsboro, MO 63050
636-789-5254 ext 227
636-789-5267 (fax)

NOTICE: This communication, along with any documents, files or attachments, is intended only for the use of the addressee(s) and may contain confidential and legally privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution and/or copying of the information contained in or attached to the communication is strictly prohibited. If you received this message in error, please notify the sender immediately by return e-mail to gina.savoie@mspd.mo.gov and delete or otherwise destroy the original communication and its attachments without reading, printing, forwarding or saving in any manner.