| | |
|---|---|
| **From:** | Arias, Don <Don.Arias@doc.mo.gov> |
| **Sent:** | Friday, April 5, 2019 7:44 AM |
| **To:** | Schulze, Lisa |
| **Cc:** | Schwent, Todd; Arias, Don |
| **Subject:** | Farmington PD: Justin Bennett 1176702 |

Lisa, I just wanted to inform you that Cora reached out the PD Office in Farmington and they indicated that they would not be providing counsel to parolees and that their Director had sent a written correspondence of their position. I gave her guidance to still follow our procedures and fax over the PD application on applicable cases.

Thanks, Don

**From:** Haynes, Cora <Cora.Haynes@doc.mo.gov>
**Sent:** Thursday, April 4, 2019 3:55 PM
**To:** Arias, Donald <Don.Arias@doc.mo.gov>
**Cc:** Dempsey, Lisa <Lisa.Dempsey@doc.mo.gov>
**Subject:** Re: Justin Bennett 1176702

I spoke to the PD she indicated she received direction from her director that they will not be providing counsel to parolees. Further she said her director had sent our department a written correspondence of their position

Sent from my iPhone

On Apr 4, 2019, at 8:00 AM, Arias, Donald <Don.Arias@doc.mo.gov> wrote:

> Cora, before I raise the issue have you confirmed the PD received the letter from Director Precythe? Have you had any discussions or meeting concerning our new violation process? If not you may want to reach out to them.
>
> Thanks, Don
>
> **From:** Haynes, Cora <Cora.Haynes@doc.mo.gov>
> **Sent:** Thursday, April 4, 2019 7:54 AM
> **To:** Arias, Donald <Don.Arias@doc.mo.gov>
> **Cc:** Dempsey, Lisa <Lisa.Dempsey@doc.mo.gov>
> **Subject:** Fwd: Justin Bennett 1176702
>
> How do we proceed
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Dempsey, Lisa" <Lisa.Dempsey@doc.mo.gov>
>> **Date:** April 4, 2019 at 7:39:27 AM CDT

**To:** "Haynes, Cora" <Cora.Haynes@doc.mo.gov>
**Subject: FW: Justin Bennett 1176702**

...and then there is this???

**From:** Knupp, Cynthia <Cynthia.Knupp@doc.mo.gov>
**Sent:** Thursday, April 4, 2019 7:34 AM
**To:** Dempsey, Lisa <Lisa.Dempsey@doc.mo.gov>
**Subject:** FW: Justin Bennett 1176702

Lisa: Bennett requested a public defender for his preliminary hearing. I received notification yesterday that it is set for 4/9/2019. I received this from the PD upon return from training.

Cindy

**From:** Stephanie.Zipfel@mspd.mo.gov <Stephanie.Zipfel@mspd.mo.gov>
**Sent:** Wednesday, April 3, 2019 9:58 AM
**To:** Knupp, Cynthia <Cynthia.Knupp@doc.mo.gov>
**Cc:** Sarah.Jackson@mspd.mo.gov
**Subject:** Re: Justin Bennett 1176702

Hi Cindy-
It is the position of MSPD that we do not represent individuals in parole violations.

Thank you-
Stephanie

Sent from my iPhone

> On Apr 2, 2019, at 12:20 PM, Knupp, Cynthia <Cynthia.Knupp@doc.mo.gov> wrote:
>
> Attached please find a request for counsel; Bennett has requested a preliminary and revocation hearing and wishes to be represented by counsel.
>
> Please advise if Bennett qualifies for PD Services.
>
> Cynthia Knupp
> District 12 Probation & Parole
> 1430 Doubet Road
> Farmington, MO 63640
> 573-218-5006 EXT 229
> 573-218-5012 FAX
>
>
> -----Original Message-----
> From: P12L04@doc.mo.gov <P12L04@doc.mo.gov>
> Sent: Tuesday, April 2, 2019 12:11 PM
> To: Knupp, Cynthia <Cynthia.Knupp@doc.mo.gov>
> Subject: Message from "RNP002673D3FF65"
>
> This E-mail was sent from "RNP002673D3FF65" (MP 2555).
>
> Scan Date: 04.02.2019 13:11:20 (-0400)
> Queries to: P12L04@doc.mo.gov