| From: | Christopher.Davis@mspd.mo.gov |
|---|---|
| Sent: | Monday, April 8, 2019 3:55 PM |
| To: | Tipton, Darrin |
| Subject: | Re: Parole Revocation Process & Right to Legal Representation |

Mr. Tipton,

MSPD Director, Mr. Michael Barrett, notified the Director of DOC that MSPD would not be providing representation in parole revocation proceedings and would not be processing applications for MSPD services for representation at parole revocation proceedings.

Sincerely,

Christopher L. Davis
Missouri State Public Defender System
District Defender, Area 32
215 North High Street
Jackson, MO  63755
Phone:  (573) 243-3949
Fax:  (573) 243-1613
Christopher.Davis@mspd.mo.gov

**The Missouri Bar Chief Disciplinary Counsel** requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent by you or to you may be copied and held by various computers it passes through as it goes from me to you or vice versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either one of us which the e-mail passed through.  I am communicating with you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know at once.

**Confidentiality Statement:**
This communication contains information which is confidential.  It is for the exclusive use of the intended recipient(s).  If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful.  If you have received this communication in error please return it to the sender and then delete the communication and destroy any copies.

---

| From: | "Tipton, Darrin" <Darrin.Tipton@doc.mo.gov> |
|---|---|
| To: | "'Christopher.Davis@mspd.mo.gov'" <Christopher.Davis@mspd.mo.gov> |
| Date: | 04/05/2019 12:30 PM |
| Subject: | Parole Revocation Process & Right to Legal Representation |

---

Mr. Davis,

I am sure by now you have heard of some of the changes Probation and Parole is making in light of *Gasca vs. Precythe*, which in some cases will now allow for the client to have legal representation at the P&P Preliminary (probable cause) hearing, as well as revocation hearings for parolees. Because many of our clients are indigent, this has the potential to affect your office when clients request a hearing, request an attorney, and a screening shows that they are indigent. We have received direction from our Central Office regarding the process of determining indigence, sending a referral to your office, etc. However, I wanted to touch base with you to see if I could set up a time to meet with you to discuss this. I want to make sure the proposed process will work well for your office so that we can make any adjustments necessary to ensure the clients' rights are protected and that we are communicating well with your office. The new process is in effect now, so I would like to meet with you as soon as possible before we have a scenario in which a client is asking for your services for a preliminary hearing.

Would you have any time in the next week or so to meet? I can come to Jackson. If you could give me a couple dates/times that will work, I can look at my schedule.

Thank you for your time.

**Darrin Tipton**
District Administrator
Missouri Department of Corrections, Division of Probation & Parole
District 22, 3463 Armstrong Drive, Cape Girardeau, Missouri 63703
Direct Phone: 573-519-0549   District Phone: 573-290-5820   Fax: 573-290-5946

*Improving Lives for Safer Communities*

CONFIDENTIALITY NOTICE: This e-mail communication may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited by federal or state law. If you have received this communication in error, please reply via email, and destroy all copies of this communication and any attachments.