IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| STEPHANIE GASCA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:17-CV-04149-SRB |
| ANNE PRECYTHE, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Anne Precythe, et al., appeal to the United States Court of Appeals for the Eighth Circuit from the district court's: (1) orders denying the motions to dismiss (Docs. 50, 217) and the motions to strike (Docs. 139, 299, & 300); (2) orders granting class certification (Doc. 132) and summary judgment (Doc. 146); and (3) order on remedy dated November 12, 2020 (Doc. 323).

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

/s/ Jeremiah J. Morgan
Jeremiah J. Morgan, Mo. #50387
Deputy Attorney General – Civil
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-8864
Fax: (573) 751-9546
Jeremiah.Morgan@ago.mo.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on November 18, 2020, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

              */s/ Jeremiah J. Morgan*