# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

Gasca, et al                               *U.S.D.C.* 2:17-cv-04149-SRB

*vs.*

Precythe, et al                           *U.S.C.A.* 20-3447

*Transcript Documents: 237, 313 and 314*

*From the desk of*
*Melissa Warren*
*573.636.4015*

*NOTE:* Attached and forwarded are transcripts in the above-captioned civil appeal.
Please note that these transcripts are UNREDACTED and may not be copied for the general public. Please refer any transcript copy requests to US District Court, Western District of Missouri.