# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE GASCA, et al., ) ) Plaintiffs, ) ) v. ) ) ANNE PRECYTHE, Director of the Missouri ) Department of Corrections, et al., ) ) Defendants. ) | Case No. 17-cv-04149-SRB |

## **ORDER**

Before the Court is Defendants' Motion and Supporting Suggestions for Stay Pending Appeal. (Doc. #337.) This Court has inherent power and broad discretion to stay proceedings to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). The Court finds that a stay is warranted here to promote judicial economy, to preserve the parties' resources, and to receive the benefit of the Eighth Circuit's decision on appeal. Any prejudice caused by a stay is outweighed by these interests.

Defendants' motion to stay (Doc. #337) is therefore GRANTED and all proceedings in this case are STAYED pending the resolution of Defendants' appeal. The parties shall file a joint status report regarding the appellate proceedings once every forty-five (45) days from the date of this Order. In light of the stay, non-party Edward Moore's *pro se* motion to reopen and for reconsideration (Doc. #342) is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
Dated: January 5, 2021  UNITED STATES DISTRICT JUDGE