IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE GASCA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17-cv-04149-SRB |
| ) | |
| ANNE PRECYTHE, Director of the Missouri ) | |
| Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is non-party William Cooper's ("Cooper") *pro se* Motion to Intervene as Class Representative. (Doc. #349.) On January 5, 2021, this Court entered an Order staying this case pending the resolution of Defendants' appeal.

Based upon the stay previously entered and the pending appeal, Cooper's motion and the relief requested therein is DENIED.

**IT IS SO ORDERED.**

Dated: April 19, 2021

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE