Honorable Judge: Stephen R. Bough

Your honor, we as united States citizens would like to start by saying, "We all have equal protection of law rights and due process of law. We here as parole violators in the state of Missouri, are concern about MacArthur Justice Center in St. Louis, which filed the lawsuit in August 2017. Against Missouri Board of Probation and Parole, Missouri Board is in violation of the Constitution for the procedures and policies they use for the parole revocation process. The Board are making the parole revocation a lottery pick which is unconstitutional. Missouri supposed to reform its parole policies constitutional norms. Which they have not did, they say that the parole revocation process has been changed. We as parole violators, see a different side that they present to the courts, news, and organizations. They continue to pressures inmates to waive hearing, telling inmates the process will be faster. On our violations report they present alot of confusing paperwork, that we don't know what violation we are accused of committing. Judge Bough, after you order Missouri Board to change their policies and procedures, they disregarded your order and continue to make a game out of parolees lives. Missouri Board has been operating "this unconstitutional parole revocation system so long, it's a habit for them to violate our due process. They been doing this for some time now, they don't know how to change it or reform the unjust reincarceration. Even after a federal Judge gave them orders and

2)

let the Missouri Board know that they were in clear violation of the Constitution for the procedures and policies they use for the parole revocation process. Our due process taken from us, the Board treat violators as numbers placed in a box, and it's the luck of the draw. Our hearts are heavy burdened due to the deprivation of our Constitutional rights and equal protection. We ask the courts to stand acknowledge years of heartache, give inmates a chance and due process safeguards. The Missouri Board still Manipulate and Entrap us, reentered us into the prison system. Judge Stephen R. Bough, we as parolees, ask the courts to remind Missouri Board of Probation and Parole, that they have an order from a Federal Judge. We as parole violators, if we go against what a Judge order, it against the law and will be arrested. Whats the different between the Board and the parolee? (Law is Law)

Respectfully Submitted

## Petitioned

1. Shawn Mayes #502435
2. Jerry Johnson #1011670
3. [illegible] Juico #1133879
4. [illegible] #1378220
5. Deonta Lumpkin #1105283
6. Reginald Pollock #1328707
7. Mark Wills #1279057
8. Uvell Smith #1078152
9. Gerren Humphrey #1310434
10. Bradley W. [illegible] #1310697
11. [illegible] S6865
12. James Brawley #1035268
13. Kenric Cooper #1284651
14. Matthew Allen #1156599
15. Joshua Kerr #1051333
16. [illegible] #349605
17. Christopher Davis #[illegible]

Shawn Mayes #502435
8-A-117
ERDCC
2727 HIGHWAY K
BONNE TERRE, MO 63628

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov."

Legal Mail

SAINT LOUIS MO 630
1 SEP 2022 PM 9 MAILED FROM
EASTERN RECEPTION DIAGNOSTIC & CORRECTIONAL CENTER
AUG 31 2022

RECEIVED
2022 SEP -6 PM 1:31
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Judge Stephen R. Bough
United States District Court
400 E. 9th Street
Kansas City, Mo 64106

64106-262565