IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| STEPHANIE GASCA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 17-cv-04149-SRB |
| ) | |
| ANNE L. PRECYTHE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 21, 2023, the Court ordered that the parties submit briefing on whether the Court should retain jurisdiction, impose reporting requirements, and/or require that Defendants demonstrate compliance with the remedies ordered in this case. The parties have now submitted their briefing. Defendants argue that the Court should delay its decision to retain jurisdiction until May 1, 2024, as "Defendants have revised their parole revocation policies, processes, and practices and are in current compliance with all but three of the remedies ordered by the Court in its Order of November 12, 2020." (Doc. #379, p. 1.) Defendants contend that they are "in functional compliance with Remedy 13a and expect to be in compliance with Remedies 8 and 11 within the next two weeks to three months." (Doc. #379, p. 1). Plaintiffs ask the Court to retain jurisdiction until "Defendants demonstrate full compliance with the Remedial Order." (Doc. # 380, p. 1.)

The Court recognizes the hard work that the Missouri Department of Corrections has put in to bring its parole revocation procedures into compliance with the November 12, 2020 Order, including working with the Missouri State Public Defender Parole Revocation Defense Team, revising training for its staff, and developing a new collection and production system for processing adverse evidence for unrepresented parolees. However, as there remains remedies yet

to be fully implemented as Defendants acknowledge, the Court finds the need to retain jurisdiction in this case. Therefore, the Court shall retain jurisdiction over this case through December 31, 2024. Defendants are hereby ORDERED to submit updates on their compliance with the November 12, 2022 Order on May 1, 2024 and December 1, 2024.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2024